

Date : 2/8/2019

# Resident Ledger

| Code | m2174951 | Property | meadppt | Lease From | 5/1/2018 |
|---|---|---|---|---|---|
| Name | Carleen Calypso | Unit | 2935F | Lease To | 4/30/2019 |
| Address | 2935 Olive Court, #F | Status | Current | Move In | 4/7/2017 |
| | | Rent | 2132 | Move Out | |
| City St. Zip | Fort Meade, MD 20755 | Phone(O)- | (301) 833-8148 | Phone(H)- | |

| Date | Description | Charge | Payment | Balance | Chg/Rec |
|---|---|---|---|---|---|
| 4/6/2017 | chk# ACH Trans: 601714 ACH Trans: 601714 | | 1,436.00 | (1,436.00) | 4573099 |
| 4/7/2017 | Civilian Rent for 24 days | 1,705.60 | | 269.60 | 4716051 |
| 4/7/2017 | Loss/Gain to Lease for 24 days | (269.60) | | 0.00 | 4716052 |
| 4/7/2017 | Security Deposit | 1,795.00 | | 1,795.00 | 4716053 |
| 4/10/2017 | chk# MO24404763633 | | 795.00 | 1,000.00 | 4573113 |
| 4/10/2017 | chk# MO24404763622 | | 1,000.00 | 0.00 | 4573114 |
| 5/1/2017 | Rent Concession (05/2017) | (1,795.00) | | (1,795.00) | 4729761 |
| 5/1/2017 | Civilian Rent (05/2017) | 2,132.00 | | 337.00 | 4729763 |
| 5/1/2017 | Loss to Lease (05/2017) | (337.00) | | 0.00 | 4729765 |
| 6/1/2017 | Civilian Rent (06/2017) | 2,132.00 | | 2,132.00 | 4774631 |
| 6/1/2017 | Loss to Lease (06/2017) | (337.00) | | 1,795.00 | 4774633 |
| 6/1/2017 | chk# ACH Trans: 614077 ACH Trans: 614077 | | 1,795.00 | 0.00 | 4640687 |
| 6/30/2017 | chk# ACH Trans: 620169 ACH Trans: 620169 | | 1,795.00 | (1,795.00) | 4671541 |
| 7/1/2017 | Civilian Rent (07/2017) | 2,132.00 | | 337.00 | 4811185 |
| 7/1/2017 | Loss to Lease (07/2017) | (337.00) | | 0.00 | 4811186 |
| 8/1/2017 | Civilian Rent (08/2017) | 2,132.00 | | 2,132.00 | 4830685 |
| 8/1/2017 | Loss to Lease (08/2017) | (337.00) | | 1,795.00 | 4830686 |
| 8/1/2017 | chk# ACH Trans: 629944 ACH Trans: 629944 | | 1,795.00 | 0.00 | 4708340 |
| 8/30/2017 | chk# ACH Trans: 635851 ACH Trans: 635851 | | 1,795.00 | (1,795.00) | 4717121 |
| 9/1/2017 | Civilian Rent (09/2017) | 2,132.00 | | 337.00 | 4866504 |
| 9/1/2017 | Loss to Lease (09/2017) | (337.00) | | 0.00 | 4866505 |
| 9/29/2017 | chk# ACH Trans: 644301 ACH Trans: 644301 | | 1,795.00 | (1,795.00) | 4783293 |
| 10/1/2017 | Civilian Rent (10/2017) | 2,132.00 | | 337.00 | 4909525 |
| 10/1/2017 | Loss to Lease (10/2017) | (337.00) | | 0.00 | 4909526 |
| 11/1/2017 | Civilian Rent (11/2017) | 2,132.00 | | 2,132.00 | 4936943 |
| 11/1/2017 | Loss to Lease (11/2017) | (337.00) | | 1,795.00 | 4936944 |
| 11/1/2017 | chk# ACH Trans: 654768 ACH Trans: 654768 | | 1,795.00 | 0.00 | 4817328 |
| 12/1/2017 | Civilian Rent (12/2017) | 2,132.00 | | 2,132.00 | 4968937 |
| 12/1/2017 | Loss to Lease (12/2017) | (337.00) | | 1,795.00 | 4968938 |
| 12/5/2017 | chk# ACH Trans: 664992 ACH Trans: 664992 | | 1,795.00 | 0.00 | 4849168 |
| 1/1/2018 | Civilian Rent (01/2018) | 2,132.00 | | 2,132.00 | 5001756 |
| 1/1/2018 | Loss to Lease (01/2018) | (337.00) | | 1,795.00 | 5001757 |
| 1/5/2018 | chk# ACH Trans: 672988 ACH Trans: 672988 | | 1,795.00 | 0.00 | 4882857 |

| Date | Description | Charge | Payment | Balance | Ref |
|---|---|---:|---:|---:|---|
| 2/1/2018 | Civilian Rent (02/2018) | 2,132.00 | | 2,132.00 | 5033536 |
| 2/1/2018 | Loss to Lease (02/2018) | (337.00) | | 1,795.00 | 5033537 |
| 2/26/2018 | chk# ACH Trans: 683862 ACH Trans: 683862 | | 1,795.00 | 0.00 | 4919308 |
| 3/1/2018 | Civilian Rent (03/2018) | 2,132.00 | | 2,132.00 | 5065169 |
| 3/1/2018 | Loss to Lease (03/2018) | (337.00) | | 1,795.00 | 5065170 |
| 3/7/2018 | March Late Fee | 89.75 | | 1,884.75 | 5089146 |
| 3/22/2018 | chk# ACH Trans: 691722 ACH Trans: 691722 | | 3,590.00 | (1,705.25) | 4951521 |
| 4/1/2018 | Civilian Rent (04/2018) | 2,132.00 | | 426.75 | 5097965 |
| 4/1/2018 | Loss to Lease (04/2018) | (337.00) | | 89.75 | 5097966 |
| 5/1/2018 | Civilian Rent (05/2018) | 2,132.00 | | 2,221.75 | 5131060 |
| 5/1/2018 | Loss to Lease (05/2018) | (302.00) | | 1,919.75 | 5131061 |
| 6/1/2018 | Civilian Rent (06/2018) | 2,132.00 | | 4,051.75 | 5164877 |
| 6/1/2018 | Loss to Lease (06/2018) | (302.00) | | 3,749.75 | 5164878 |
| 6/7/2018 | 5% Late fee- June | 187.49 | | 3,937.24 | 5190115 |
| 7/1/2018 | Civilian Rent (07/2018) | 2,132.00 | | 6,069.24 | 5199974 |
| 7/1/2018 | Loss to Lease (07/2018) | (302.00) | | 5,767.24 | 5199975 |
| 7/10/2018 | 5% late fee-July | 288.36 | | 6,055.60 | 5226254 |
| 8/1/2018 | Civilian Rent (08/2018) | 2,132.00 | | 8,187.60 | 5235472 |
| 8/1/2018 | Loss to Lease (08/2018) | (302.00) | | 7,885.60 | 5235473 |
| 8/14/2018 | 5% Late Fee- August | 394.28 | | 8,279.88 | 5262649 |
| 8/20/2018 | chk# ACH Trans: 736457 ACH Trans: 736457 | | 2,500.00 | 5,779.88 | 5131302 |
| 9/1/2018 | Civilian Rent (09/2018) | 2,132.00 | | 7,911.88 | 5271068 |
| 9/1/2018 | Loss to Lease (09/2018) | (302.00) | | 7,609.88 | 5271069 |
| 9/11/2018 | Late Fee - September | 380.49 | | 7,990.37 | 5296772 |
| 10/1/2018 | Civilian Rent (10/2018) | 2,132.00 | | 10,122.37 | 5306638 |
| 10/1/2018 | Loss to Lease (10/2018) | (302.00) | | 9,820.37 | 5306639 |
| 10/6/2018 | Late Fee (10/2018) | 491.02 | | 10,311.39 | 5332703 |
| 11/1/2018 | Civilian Rent (11/2018) | 2,132.00 | | 12,443.39 | 5341476 |
| 11/1/2018 | Loss to Lease (11/2018) | (302.00) | | 12,141.39 | 5341477 |
| 11/6/2018 | Late Fee | 607.07 | | 12,748.46 | 5369155 |
| 12/1/2018 | Civilian Rent (12/2018) | 2,132.00 | | 14,880.46 | 5381999 |
| 12/1/2018 | Loss to Lease (12/2018) | (302.00) | | 14,578.46 | 5382000 |
| 1/1/2019 | Civilian Rent (01/2019) | 2,132.00 | | 16,710.46 | 5416029 |
| 1/1/2019 | Loss to Lease (01/2019) | (302.00) | | 16,408.46 | 5416030 |
| 2/1/2019 | Civilian Rent (02/2019) | 2,132.00 | | 18,540.46 | 5454831 |
| 2/1/2019 | Loss to Lease (02/2019) | (302.00) | | 18,238.46 | 5454833 |