

December 26, 2018

Carleen Calypso
2935 Olive Court #F
Fort Meade, MD 20755

Dear Ms. Calypso,

This letter is in reference to your Resident Occupancy Agreement (lease) executed by you on April 07, 2017. Failure to pay rent constitutes a default. As of December 26, 2018 you have an outstanding balance of $14,578.46 which includes $1,456.35 in late fees.

Corvias has attempted to work with you to bring this account current to no avail. Demand for payment of delinquent rent, plus January rent of $1,830 or possession of the premises by January 28, 2019 is hereby made.

If you fail to make full payment in the amount of $16,408.46 by January 28, 2019 you will be required to vacate the premises on or before that date. Corvias will initiate actions to take full possession of the unit no later than Monday January 28, 2019.

This letter serves as final notice, please contact the Potomac office if you have questions with regard to making payment or to arrange a time for a move-out inspection of your home on the 28th. At that time all keys will need to be surrendered. If you are unable to deliver your keys the move-out inspection will be conducted in your absence.

If you have any questions or concerns, please feel free to contact me at 410-672-2981.

I thank you in advance for your prompt attention to this matter.

Sincerely,

Christie Taylor
Resident Manager
Corvias